IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:12cr163-MHT
                            )            (WO)
BRANDON E. CLARK            )
```

OPINION AND ORDER

Amendment 821 to the 2023 edition of the Sentencing Guidelines revised the guidelines applicable to the calculation of criminal history with respect to offenders who earned status points based on the commission of an offense while serving a criminal-justice sentence, and to the calculation of offense level for offenders who had zero criminal-history points at the time of sentencing. Following the United States Sentencing Commission's decision to give retroactive effect to these changes, this court established an Amendment 821 Screening Panel, consisting of representatives of the court, the United States Attorney's Office, the United States

Probation Office, the Federal Defender Office, and the clerk's office, to determine whether a defendant might be eligible for a reduction of sentence.

Defendant Brandon E. Clark filed a motion for adjustment of sentence (Doc. 32) based on Amendment 821's change to the calculation of status points. The court referred the motion to the Panel.

Upon consideration of the recommendation of the Amendment 821 Screening Panel, entered January 29, 2024, and after an independent and de novo review of the record, the court adopts the recommendation of the Panel and finds that defendant Clark is not eligible to receive a reduction in sentence pursuant to Amendment 821 for the following reason. The sentence he is serving in this case is for revocation of a term of supervised release, and under U.S. Sentencing Guideline §1B1.10, a sentence reduction as a result of an amended guideline range is authorized only for "a term of imprisonment imposed as part of the original sentence." U.S.S.G. §1B1.10, comment. n. 8(A). A reduction to a

2

revocation sentence is not permitted. *Id.* ("This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release.").

An appropriate order denying defendant Clark's motion will be entered.

DONE, this the 29th day of January, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**