AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America )
v. )
BRANDON E. CLARK )
) Case No: 2:12cr163-01-MHT
) USM No: 11000-002
Date of Original Judgment: 05/28/2002 )
Date of Previous Amended Judgment: ) William Calvin White, II
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion for adjustment of sentence (Doc. 32) is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The judgment in the case in which the defendant filed his *pro se* motion is based upon a revocation sentence of 37 months. Pursuant to U.S.S.G. § 1B1.10, comment. (n.8), only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. This section does not authorize a reduction in the term of imprisonment imposed upon revocation of supervised release.

Except as otherwise provided, all provisions of the judgment dated 05/28/2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/29/2024                 /s/ Myron H. Thompson
                                       *Judge's signature*

Effective Date: _____                 MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*(if different from order date)*        *Printed name and title*